■ In the Matter of JACK G. GOLDBERG (Admitted as JACK GERALD GOLDBERG), an Attorney. [603 NYS2d 730] —Motion for reinstatement is granted, effective immediately. Respondent's motion insofar as it seeks reargument is dismissed as moot. Concur—Murphy, P. J., Carro, Ellerin, Wallach and Asch, JJ.